# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST; TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST; ENGINEERS CONTRACT COMPLIANCE COMMITTEE FUND, and SOUTHERN CALIFORNIA PARTNERSHIP FOR JOBS FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> HERMAN WEISSKER, INC., a California corporation, <br><br> Defendant. | Case No. EDCV 19-188-GW-AFMx <br><br> **ORDER DISMISSING ACTION, WITH PREJUDICE** |

///

///

///

Pursuant to the "Stipulation for Dismissal With Prejudice" entered into by and between Plaintiffs, Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, Trustees of the Operating Engineers Training Trust, Engineers Contract Compliance Committee Fund, and Southern California Partnership for Jobs Fund, and Defendant, Herman Weissker, Inc., and good cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT this action is dismissed, with prejudice. Each party to bear its own attorneys' fees and costs.

Dated: April 1, 2020

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE